UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-368 SVW(JCx) | Date | July 3, 2014 |
|---|---|---|---|
| Title | Daniel Johnson v. County of Los Angeles, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| none | | none |

**Proceedings:**    (IN CHAMBERS)

**ORDER RE (PROPOSED) ORDER APPROVING STIPULATED PROTECTIVE ORDER**

Pending before this court is the parties' (Proposed) Order Approving Stipulated Protective Order ("Proposed Order") which has been referred to the Magistrate Judge.  The parties are advised that the court is tentatively inclined to approve the Proposed Order with the following modifications:

   1.   Paragraph 7 – The court is inclined to modify this paragraph to read as follows:   "Except as otherwise provided in this Order or other order of the court, Confidential Documents shall not be shown, produced or otherwise disseminated to any member of the public, counsel who are not counsel of record in this case, reporters, or the media."

   2.   Paragraph 8 – The court is inclined to modify this paragraph to read as follows: "Absent a stipulation among the parties or a court order with notice to all parties, any Confidential Document, if submitted to the court or if attached as an exhibit to a deposition or motion, shall be submitted for filing under seal in accordance with Local Rule 79-5.1 and with any pertinent orders of the assigned District Judge and Magistrate Judge, including any procedures adopted under the Pilot Project for the Electronic Submission and Filing of Under Seal Documents.  If the contents of the Confidential Documents are referred to or discussed during a deposition, the portion of the deposition that discusses the Confidential Documents shall be treated as a protected document hereunder."

   3.   Paragraph 9 – The court is inclined to modify the second sentence of this paragraph to read as follows:  "Absent further order of the court, dissemination of the Confidential Documents during the pending judicial proceedings shall be limited to parties, counsel, expert witnesses, mediators, settlement officers, the court, and court personnel."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-368 SVW(JCx) | Date | July 3, 2014 |
|---|---|---|---|
| Title | Daniel Johnson v. County of Los Angeles, et al. | | |

    4.    Paragraph 10 – The court is inclined to modify the first sentence of this paragraph to insert "other than the court and court personnel" after "Paragraph 9."

    To the extent the parties object to the court's proposed modifications or wish to submit an amended version of the Proposed Order or to propose alternative language which conveys the essential substance of the court's proposed modifications, they may do so by no later than **July 10, 2014**. Absent the timely receipt of any such submission by the parties, the court will approve the Proposed Order with the modifications specified above. To the extent the court's proposed modifications are acceptable to the parties and the parties wish the court to approve the Proposed Order with such modifications prior to the foregoing deadline, they may file a stipulation or non-opposition so indicating, prior to the foregoing deadline.

    IT IS SO ORDERED.

|  | Initials of Deputy Clerk | hr |
|---|---|---|